Barry unemployment compensation. Barry contends the Commission's decision is erroneous because her transportation problems arose due to Clayton's relocation of her work site and, therefore, her termination was for good cause attributable to the employer.

We have reviewed the briefs of the parties and the record on appeal. The order of the Commission is supported by competent and substantial evidence on the whole record. No error of law appears. An extended opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the Commission's order pursuant to Rule 84.16(b).

## ORDER

PER CURIAM.

The Director of Revenue (Director) appeals the circuit court's judgment reinstating the driving privileges of Paul Stephen Fink (Driver) after the Director had suspended them pursuant to section 302.505, RSMo Cum.Supp.1997, following Driver's arrest for driving while intoxicated. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have provided a memorandum setting forth the reasons for our decision to the parties for their use only. The judgment is affirmed pursuant to Rule 84.16(b).

**Paul Stephen FINK, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

No. 74264.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 16, 1999.

Evan Joseph Buchheim, Jefferson City, for appellant.

Cordell Siegel, St. Louis, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

**STATE of Missouri, Respondent,**

v.

**Ronald WASHINGTON, Appellant.**

No. 74148.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 16, 1999.

Douglas R. Hoff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.